Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>SNOQUALMIE MILL VENTURES LLC; STEPHEN RIMMER; BROOKWATER ADVISORS, LLC; THOMAS SROUFE; DIRTFISH, LLC; MERRILL & RING FOREST PRODUCTS L.P.; MERRILL & RING, INC.; HOS BROTHERS CONSTRUCTION, INC.; FLATIRON CONSTRUCTORS, INC.; and FLATIRON WEST, INC.,<br><br>Defendants. | Case No. 2:21-CV-00240-MJP<br><br>**STIPULATED MOTION AND ORDER FOR AMENDMENT TO INITIAL SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>April 29, 2021 |

**I.  INTRODUCTION**

Plaintiff Waste Action Project and Defendants Snoqualmie Mill Ventures LLC, Stephen Rimmer, Brookwater Advisors, LLC, Thomas Sroufe, Dirtfish LLC, Merrill & Ring Forest Products L.P., Hos Brothers Construction, Inc., Flatiron Constructors, Inc., and Flatiron West, Inc. (collectively, "the parties") jointly move to align Defendants' deadlines to serve a

responsive pleading and the deadline for Initial Disclosures Pursuant to Federal Rule of Civil Procedure ("FRCivP") 26(a)(1) established by the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 23). The parties propose a responsive pleading deadline of June 8, 2021 for the parties and an initial disclosure deadline of June 29, 2021. The parties seek this continuance to allow for the more efficient conduct of the case. The parties bring this motion under FRCivP 16(b)(4) and 6(b)(1), and Local Civil Rule ("LCR") 10(g).

## II. BACKGROUND

Plaintiff filed this citizen suit under the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et. seq.*, against Defendants, alleging that Defendants discharge pollutants into waters of the United States without authorization in violation of Section 301 of the CWA, 33 U.S.C. § 1311, and that Defendants violate effluent standards or limitations as defined by Section 505 of the CWA, 33 U.S.C. §1365 at a property owned by Defendant Snoqualmie Mill Ventures LLC in Snoqualmie, Washington (the "property"). Defendants Merrill & Ring Forest Products L.P., Hos Brothers Construction, Inc., Flatiron West, Inc., and Dirtfish LLC occupy and use discrete portions of the property for business purposes under lease or license agreements with Snoqualmie Mill Ventures LLC.

Defendants Snoqualmie Mill Ventures LLC, Stephen Rimmer, Brookwater Advisors, LLC, Thomas Sroufe, and Dirtfish, LLC timely executed Plaintiff's request for Waiver of the Service of Summons dated March 2, 2021 on March 22, 2021 (Dkt. 18-22). Defendant Hos Brothers Construction, Inc. timely executed Plaintiff's request for Waiver of the Service of Summons dated March 18, 2021 on March 18, 2021 (Dkt. 13). Defendants Flatiron Constructors, Inc. and Flatiron West, Inc. timely executed Plaintiff's request for Waiver of the Service of Summons dated March 23, 2021 on March 24, 2021 (Dkt. 16-17). Defendant Merrill & Ring Forest Products L.P. timely executed Plaintiff's request for Waiver of the Service of Summons dated April 8, 2021 on April 23, 2021 (Dkt. 24). Defendant Merrill & Ring, Inc. has not been

served with summons and has not waived service of summons. Pursuant to FRCivP 12(a)(1)(A)(ii), the Defendants, other than the unserved Merrill & Ring, Inc., have 60 days from the date on which Plaintiff sent each a request for Waiver of the Service of Summons to serve their responsive pleadings. As a result, the answer or motion of the last-served defendant, Merrill & Ring Forest Products L.P., is due under the Federal Rules in early June, and this Stipulated Motion simply seeks to align the dates for all the currently served defendants and provide for initial disclosures from all parties shortly thereafter.

The Court issued an order on March 30, 2021 (the "order") setting a deadline of April 27, 2021 to hold a FRCivP 26(f) Conference, a deadline of May 4, 2021 to submit Initial Disclosures Pursuant to FRCivP 26(a)(1), and a deadline of May 11, 2021 to submit a Combined Joint Status Report and Discovery Plan. In compliance with the order, the parties convened for the FRCivP 26(f) Conference on April 27, 2021 and intend to submit a Joint Status Report and Discovery Plan as required by May 11, 2021. The parties' requested extension and alignment of schedules will facilitate the efficient conduct of the case moving forward.

### III. PROPOSED AMENDED SCHEDULE

The parties respectfully request that the initial schedule be amended to provide the parties with sufficient time to work cooperatively and efficiently, for Defendants to align their answers or motions, and for all parties to prepare meaningful initial disclosures. The parties' proposed amended dates are as follows:

[Space intentionally blank]

STIPULATED MOTION AND ORDER AMENDING SCHEDULE  3

Veris Law Group PLLC
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
TEL 206.829.9590 FAX 206.829.9245

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Snoqualmie Mill Ventures LLC, Stephen Rimmer, Brookwater Advisors, LLC, Thomas Sroufe, Dirtfish, LLC responsive pleadings due (see FRCivP 12(a)(1)(A)(ii)) | May 3, 2021 | June 8, 2021 |
| Hos Brothers Construction, Inc. responsive pleading due | May 18, 2021 | June 8, 2021 |
| Flatiron Constructors, Inc. and Flatiron West, Inc. responsive pleadings due | May 24, 2021 | June 8, 2021 |
| Merrill & Ring Forest Products L.P. responsive pleading due | June 8, 2021 | June 8, 2021 |
| Initial disclosures due (see FRCivP 26(a)(1)) | May 4, 2021 | June 29, 2021 |

### IV. AUTHORITY AND REASONS JUSTIFYING THE PROPOSED SCHEDULE AMENDMENTS

FRCivP 6(b)(1)(A) grants the Court authority, for good cause, to extend the time parties have to serve responsive pleadings. Defendants, while intending to present their defenses separately, share certain common interests and defenses by nature of their connection to the property that will be reflected in their respective responsive pleadings. Alignment of their deadlines to serve responsive pleadings will allow for Defendants to work cooperatively to prepare their responses, allow for Plaintiff to respond to Defendants' pleadings in a uniform and timely manner, and allow the Court to narrow the set of issues at the outset, if appropriate, thereby reducing costs for all parties and promoting efficiency. The parties therefore agree that alignment of Defendants' deadlines to file responsive pleadings to June 8, 2021, as outlined in Part III above, is necessary and helpful for the parties to efficiently and effectively prepare and serve their responsive pleadings and replies. In the event an additional party is joined in this action, the Federal Rules will govern the joined party's responsive pleading deadline.

Stipulated motions seeking to alter a schedule set by the Court must "clearly state the reasons justifying the proposed change." LCR 10(g). All parties will ultimately benefit from a schedule that is based on the date the last party was served with the complaint. By way of illustration, here, Merrill & Ring Forest Products L.P. agreed to waive service of summons less than one week prior to the filing of this Stipulated Motion, leaving little time to prepare a substantive response to the Complaint or initial disclosures. The parties agree that the avenue most likely to end in effective and thoughtful initial disclosures is to extend the deadline to shortly after Defendants' responsive pleadings, or June 29, 2021.

## V. CONCLUSION

For the foregoing reasons, the parties respectfully request an amendment to the initial schedule as proposed.

RESPECTFULLY SUBMITTED this 29th day of April, 2021.

SMITH & LOWNEY, PLLC

By: s/Marc Zemel
By: s/Richard Smith

Marc Zemel, WSBA #44325
Richard A. Smith WSBA #21788
marc@smithandlowney.com
richard@smithandlowney.com
*Attorneys for Plaintiff*


VERIS LAW GROUP PLLC

By: s/Stanley Alpert
By: s/Howard Jensen
By: s/Hannah Solomon

Stanley N. Alpert, WSBA #52136
Howard Jensen, WSBA #25144
Hannah M. Solomon, WSBA #56474
stan@verislawgroup.com
howard@verislawgroup.com

hannah@verislawgroup.com
*Attorneys for Defendants* Snoqualmie Mill Ventures LLC; Stephen Rimmer; Brookwater Advisors, LLC; Thomas Sroufe; Dirtfish, LLC; and Merrill & Ring Forest Products L.P.

BUCHALTER, A PROFESSIONAL CORPORATION

By: s/Jeffrey Frank
By: s/David Spellman

Jeffrey G. Frank, WSBA #16287
David Spellman, WSBA #15884
jfrank@buchalter.com
dspellman@buchalter.com
*Attorneys for Defendant* Hos Bros Construction, Inc.

HAYNES & BOONE

By: s/John Fognani
By: s/Kathleen Repko

John D. Fognani
Kathleen Repko
*Admitted Pro Hac Vice*
john.fognani@haynesboone.com
kathleen.repko@haynesboone.com
*Attorneys for Defendants* Flatiron Constructors, Inc. and Flatiron West, Inc.

By: s/Michael Grace
By: s/Emily Yoshiwara

Michael Grace, WSBA #26091
Emily Yoshiwara, WSBA #54648
Groff Murphy PLLC
mgrace@groffmurphy.com
eyoshiwara@groffmurphy.com
*Attorneys for Defendants* Flatiron Constructors, Inc. and Flatiron West, Inc.

1 | IT IS SO ORDERED

2 | DATED THIS 3rd DAY OF May, 2021

*[signature]*

HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE