Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>    Plaintiff,<br><br>    v.<br><br>SNOQUALMIE MILL VENTURES LLC; STEPHEN RIMMER; BROOKWATER ADVISORS, LLC; THOMAS SROUFE; DIRTFISH, LLC; MERRILL & RING FOREST PRODUCTS L.P.; HOS BROTHERS CONSTRUCTION, INC.; and FLATIRON WEST, INC.,<br><br>    Defendants. | Case No. 2:21-CV-00240-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>August 2, 2022 |

This Court, having considered the parties' Stipulated Motion to Amend Scheduling Order, filed on August 2, 2022, hereby GRANTS the motion and enters the following amended scheduling order:

ORDER GRANTING STIPULATED
MOTION TO AMEND SCHEDULING
ORDER
2:21-CV-00240-MJP

1

Veris Law Group PLLC
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
TEL 206.829.9590 FAX 206.829.9245

| Event | Deadline |
|---|---|
| Defendants' expert reports due by | October 31, 2022 |
| Plaintiff's rebuttal expert reports due by | November 21, 2022 |
| Discovery motions due by | December 5, 2022 |
| Discovery completed by | January 12, 2023 |
| Dispositive motions due by | February 9, 2023 |
| Motions in limine due by | May 30, 2023 |
| Agreed pretrial order due by | June 20, 2023 |
| Trial briefs and proposed findings of fact and conclusions of law due by | June 20, 2023 |
| Pretrial conference | June 27, 2023 at 1:30 PM |
| Bench trial | July 10, 2023 |
| Bench trial length | 5 days |

The amended scheduling order supersedes the one issued by this Court on March 18, 2022.

DATED this 4th day of August, 2022.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER
2:21-CV-00240-MJP

2

Veris Law Group PLLC
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
TEL 206.829.9590 FAX 206.829.9245

Presented by:

| | |
|---|---|
| VERIS LAW GROUP PLLC | SMITH & LOWNEY, PLLC |
| By s/ Howard Jensen | By s/ Richard Smith |
| By s/ Hannah Solomon | By s/ Marc Zemel |
| Howard F. Jensen, WSBA #25144 | Richard A. Smith, WSBA #21788 |
| Hannah M. Solomon, WSBA #56474 | Marc Zemel, WSBA #44325 |
| howard@verislawgroup.com | richard@smithandlowney.com |
| hannah@verislawgroup.com | marc@smithandlowney.com |
| *Attorneys for Snoqualmie Mill Ventures LLC, Stephen Rimmer, Brookwater Advisors LLC, Thomas Sroufe, Dirtfish LLC, and Merrill & Ring Forest Products L.P.* | *Attorneys for Waste Action Project* |
| HAYNES AND BOONE, LLP | BUCHALTER |
| By s/ John Fognani | By s/ Jeffrey Frank |
| By s/ Kathleen Repko | By s/ David Spellman |
| John D. Fognani, *pro hac vice* | By s/ Jennifer Oswald |
| Kathleen M. Repko, *pro hac vice* | Jeffrey G. Frank, WSBA #16287 |
| john.fognani@haynesboone.com | David C. Spellman, WSBA #15884 |
| kathleen.repko@haynesboone.com | Jennifer R. Oswald, WSBA #43253 |
| *Attorneys for Flatiron West, Inc.* | jfrank@buchalter.com |
| | dspellman@buchalter.com |
| GROFF MURPHY PLLC | joswald@buchalter.com |
| By s/ Michael Grace | *Attorneys for Hos Brothers Construction, Inc.* |
| By s/ Emily Yoshiwara | |
| Michael P. Grace, WSBA #26091 | |
| Emily A. Yoshiwara, WSBA #54648 | |
| mgrace@groffmurphy.com | |
| eyoshiwara@groffmurphy.com | |
| *Attorneys for Flatiron West, Inc.* | |

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER
2:21-CV-00240-MJP

3

Veris Law Group PLLC
1809 Seventh Avenue, Suite 1400
Seattle, Washington 98101
TEL 206.829.9590 FAX 206.829.9245